## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

*v.*                                       **Docket # 4:08CR3093**

 **Wilbert Walter Hoffart**

_____

On March 9, 2007 , Wilbert Walter Hoffart was sentenced to <u>six (6)  months </u>custody, to be

followed by<u> five (5)  years </u>of supervised release.  The period of supervised release commenced on

December 9, 2008.  Mr. Hoffart has complied with the rules and regulations of supervised release

and is no longer in need of supervision.  It is accordingly recommended that Wilbert Walter Hoffart

be discharged from supervision.

Respectfully submitted,

Amber M. Prusa
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be

discharged from supervision and that the proceedings in the case be terminated.

Dated this   **30th**   day of   **November**   , 2011.

**s/ Richard G. Kopf**

United States District Judge